[Nos. 24241-9-II; 24620-1-II;   Division Two.   January 12, 2001.]
  25848-0-II.

JAMES G. MANZA, ET AL., *Respondents*, v. DAVID J. KOVANEN,
*Appellant.*

Appeals from judgments of the Superior Court for Pierce
County, No. 96-2-06810-7, Terry D. Sebring, J., entered
January 8 and April 23, 1999, and April 7, 2000. *Affirmed in
part, reversed in part*, and *remanded* by unpublished opin-
ion per Houghton, J., concurred in by Hunt, A.C.J., and
Bridgewater, J.

[No. 24991-0-II.   Division Two.   January 12, 2001.]

ROO LAN HEALTH CARE CENTER, *Appellant*, v. THE DEPARTMENT
OF LABOR AND INDUSTRIES, *Respondent.*

Appeal from a judgment of the Superior Court for
Thurston County, No. 98-2-01896-5, Richard A. Strophy, J.,
entered April 26, 1999. *Reversed* by unpublished opinion
per Bridgewater, J., concurred in by Hunt, A.C.J., and
Morgan, J.

[No. 25199-0-II.   Division Two.   January 12, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL D.
MORRISSEY, *Appellant.*

Appeal from a judgment of the Superior Court for Mason
County, No. 99-1-00049-8, James B. Sawyer II, J., entered
September 29, 1999. *Reversed* by unpublished opinion per
Bridgewater, J., concurred in by Houghton, J., and
Alexander, J. Pro Tem.